# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　　Jazmyne Miller<br><br>　　　　　　Debtor(s) | Case No. 16-10738 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　　Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　　1)　The case was filed on 03/29/2016.

　　　2)　The plan was confirmed on 09/30/2016.

　　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

　　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 03/29/2017.

　　　5)　The case was dismissed on 07/21/2017.

　　　6)　Number of months from filing to last payment: 14.

　　　7)　Number of months case was pending: 18.

　　　8)　Total value of assets abandoned by court order: NA .

　　　9)　Total value of assets exempted: $3,317.00.

　　　10) Amount of unsecured claims discharged without payment: $0.00.

　　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,650.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,650.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,991.70 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $216.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,208.40

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INSURANCE SERVICES | Unsecured | 2,348.24 | 2,348.24 | 2,348.24 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 1,906.82 | 1,906.82 | 1,906.82 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 345.93 | 449.32 | 449.32 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 589.68 | 589.68 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 227.00 | 634.40 | 634.40 | 0.00 | 0.00 |
| CNAC GLENDALE HEIGHTS | Unsecured | 7,433.00 | NA | NA | 0.00 | 0.00 |
| FRIENDLY FINANCE CORP | Unsecured | 1,200.00 | 16,865.53 | 16,865.53 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NICHOLAS FINANCIAL INC | Unsecured | NA | 3,921.98 | 3,921.98 | 0.00 | 0.00 |
| NICHOLAS FINANCIAL INC | Secured | 5,500.00 | 5,500.00 | 5,500.00 | 2,333.25 | 108.35 |
| PEOPLES CREDIT | Unsecured | 717.00 | NA | NA | 0.00 | 0.00 |
| NICHOLAS FINANCIAL INC | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| ONE ADVANTAGE LLC | Unsecured | 929.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 14.30 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL GROUP | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FIN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN LUNG ASSOC | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN SURGICAL CARE | Unsecured | 8.46 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 988.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT/COMMONWEALTH | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 10,740.87 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED/FISL | Unsecured | 1,384.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMPASS HEALTHCARE | Unsecured | 127.50 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SVC | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS ALLIANCE INC | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUT AND AUDIT CO | Unsecured | 56.12 | NA | NA | 0.00 | 0.00 |
| CREDITORS CO/PROVENA MERCY C | Unsecured | 2,713.00 | NA | NA | 0.00 | 0.00 |
| DENNIS A BRIEBNER AND ASSOC | Unsecured | 26.31 | NA | NA | 0.00 | 0.00 |
| DEPT OF TREASURY | Unsecured | 1,042.10 | NA | NA | 0.00 | 0.00 |
| DEPENDON CO/AURORA EMERGENC | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 1,906.82 | NA | NA | 0.00 | 0.00 |
| EMPACT EMERGENCY PHYSICIANS | Unsecured | 24.22 | NA | NA | 0.00 | 0.00 |
| ER SOLUCTIONS/SPRINT | Unsecured | 1,106.00 | NA | NA | 0.00 | 0.00 |
| GAUTAM GUPTA MD LLC | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION ILL STDNT AS | Unsecured | 8,811.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| KHURSHEED AHMED MD SC | Unsecured | 198.12 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC/MARIN | Unsecured | 953.00 | NA | NA | 0.00 | 0.00 |
| MARKOFF LAW LLC | Unsecured | 16,811.14 | NA | NA | 0.00 | 0.00 |
| MCSH OF PRAIRIE STONE LLC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MERCHANT CREDIT GUIDE | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT/CAPITAL C | Unsecured | 870.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE MNGM | Unsecured | 8.46 | NA | NA | 0.00 | 0.00 |
| WILLIAMS AND FUDGE/REGENCY BI | Unsecured | 3,743.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| CARDIOVASCULAR ASSOC | Unsecured | 7.60 | NA | NA | 0.00 | 0.00 |
| CBCS/DIRECTV | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,830.00 | NA | NA | 0.00 | 0.00 |
| AD ASTRA RECOVERY SVC | Unsecured | 1,129.75 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 24.22 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| CADENCE HEALTH | Unsecured | 41.28 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 1,699.00 | 10,745.20 | 10,745.20 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,500.00 | $2,333.25 | $108.35 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,500.00** | **$2,333.25** | **$108.35** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,461.17** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $2,208.40 |
| Disbursements to Creditors | $2,441.60 |
| **TOTAL DISBURSEMENTS :** | **$4,650.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/25/2017                           By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**